Argued and submitted January 24, reversed June 18, 1986

# STATE OF OREGON,
*Respondent,*

*v.*

# ANDRE B. GATZKE, II,
*Appellant.*

(K33442; CA A36862)

720 P2d 1315

Edward P. Bernardi, Portland, argued the cause for appellant. With him on the brief was Bernardi & Spencer, Portland.

Keith L. Kutler, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for exceeding the speed limit. This case involves the same proceeding and presents the same issue as *State v. Gatzke* (A36861), 80 Or App 21, 720 P2d 1313 (1986).

Reversed.